1  William H. Du Bois, SBN 46111
   Traback, Du Bois, & Ikuma
2  5674 Stoneridge Drive, Suite 201
   Pleasanton, California 94588
3  Ph. (925) 463-3311
   Fax ( 925) 463-3818
4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                              **OAKLAND DIVISION**

11

12 | **UNITED STATES OF AMERICA,** | ) Case No.  CR11-00035-PJH
13 |                                | )
   |          **Plaintiff**         | ) **STIPULATION FOR ORDER**
14 |                                | ) **RELEASING PASSPORT AND**
   |         **vs.**                | ) **ALLOWING DEFENDANT TO**
15 |                                | ) **TRAVEL AND [PROPOSED] ORDER**
16 | **SOMPOL CHALOEICHEEP,**       | )
17 |                                | )
   |         **Defendant.**         | )
18 |                                | )
19 |                                | )
20 |                                | )
21 |_____| )

22

23         GOOD CAUSE APPEARING, IT IS HEREBY STIPULATED by the
24 parties through their counsel that defendant Sompol Chaloeicheep may travel to Las
25 Vegas for three (3) days, in order to attend his best friend's wedding and the surrounding
26 events, leaving this District on or after February 18, 2011, and returning no later than
27 February 20, 2011, and then to travel to China for ten (10) days to conduct business in the
28

1  cities of Shanghai and Kunshan, leaving this District on or after February 25, 2011, and
2  returning no later than March 6, 2011, in light of the following facts:
3        1.    U.S. Pre-Trial Services is currently supervising Mr. Chaloeicheep.
4  To date, Mr. Chaloeicheep has fulfilled all the conditions of his pre-trial release since his
5  arrest in this matter. He has voluntarily and consistently appeared at every court
6  appearance without fail. This is his first request for travel since his arrest.
7        2.    Mr. Chaloeicheep would like permission form this court to travel to
8  and from Las Vegas, Nevada to attend his best friend's wedding from February 18, 2011,
9  through February 20, 2011, and to travel to China for ten (10) days to conduct business in
10 the cities of Shanghai and Kunshan, from February 25, 2011, through March 6, 2011. He
11 has already booked the flights and hotel for the Las Vegas trip, and his employer has
12 already booked the flights and hotels for the China trip. He is thus prepared to, and will,
13 provide all documentation of his itinerary for both trips to Pretrial Services.
14       3.    Assistant United States Attorney, Stephen Corrigan, the prosecutor
15 assigned to this matter, has no objection to the requested travel.
16       4.    Mr. Paul Mamaril, who is the U.S. Pretrial Services Officer currently
17 supervising Mr. Chaloeicheep, has received Mr. Chaloeicheep's full itinerary and proof
18 of his employment, and does not have any objection to the requested travel as long as Mr.
19 Chaloeicheep complies with the terms of the proposed order.
20       5.    Mr. Chaloeicheep, prior to his travel, will meet with Pretrial Services
21 and provide all requested information regarding travel arrangements, including his
22 itinerary and contact information where he may be reached in each destination during his
23 stay there. In addition, Mr. Chaloeicheep is to communicate with Pretrial Services as
24 directed by the supervising Pretrial Services Officer.
25       6.    The clerk of the Court will return Mr. Chaloeicheep's passport to
26 him or his attorney forthwith and Mr. Chaloeicheep or his attorney is will return that
27 passport to the Clerk as soon as possible upon his return.
28

7. All other terms and conditions of Mr. Chaloeicheep's release shall remain the same.

SO STIPULATED.

Dated: 2/15/11                       _____/s/_____

William Du Bois,

Attorney for Defendant,

SOMPOL CHALOEICHEEP

Dated:                       _____/s/_____

Stephen Corrigan,

Assistant United States Attorney

SO ORDERED.

DATED: February 17, 2011         _____

HONORABLE LAUREL BEELER,

United States District Judge