WILLIAM H. DU BOIS SBN, 46661
LAW OFFICES OF TRABACK, DU BOIS & IKUMA
5674 Stoneridge Drive, Suite 201
Pleasanton, CA 94588
Ph. (925) 463-3311
Fax. (925) 463-3818
Email: whdubois@mindspring.com

Attorney for Defendant Sompol Chaloeicheep

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SOMPOL CHALOEICHEEP,<br><br>Defendant | Case No.: CR11-00035-PJH<br><br>STIPULATION FOR ORDER RELEASING PASSPORT AND ALLOWING DEFENDANT TO TRAVEL AND [PROPOSED] ORDER |

**GOOD CAUSE APPEARING, IT IS HEREBY STIPULATED** by the parties through their counsel that defendant Sompol Chaloeicheep may travel to Europe for nineteen (19) days for honeymoon. He would be leaving this District on Sunday, June 12, 2011 and returning on Thursday, June 30, 2011.

1. U.S. Pretrial Services is currently supervising Mr. Chaloeicheep. To date Mr. Chaloeicheep has fulfilled all the conditions of his pre-trial release since his arrest in this matter. He has voluntarily and consistently appeared at every court appearance without fail.

2. Mr. Chaloeicheep would like permission from this court to travel to and from Europe for a pre-planned honeymoon which was booked on January 7, 2011. He is thus prepared to, and will, provide all documentation of his itinerary for the full nineteen days to pre-trial services.

3. Assistant United States Attorney, Stephen Corrigan, the prosecutor assigned to this matter, has no objection to the requested travel.

4. Mr. Paul Mamaril, who is the U.S. Pretrial Services Officer currently supervising Mr. Chaloeicheep, has received Mr. Chaloeicheep's full itinerary and does not have any objection to the requested travel as long as Mr. Chaloeicheep complies with the terms of the proposed order.

5. Mr. Chaloeicheep, prior to his travel, will meet with Pretrial Services and provide all requested information regarding travel arrangements, including his itinerary and contact information where he may be reached in each destination during his stay there. In addition, Mr. Chaloeicheep is to communicate with Pretrial Services as directed by the supervising Pretrial Services Officer.

6. The clerk of the Court will return Mr. Chaloeicheep's passport to him or his attorney forthwith and Mr. Chaloeicheep or his attorney will return the passport to the clerk as soon as possible upon his return.

7. All other terms and conditions of Mr. Chaloeicheep's release shall remain the same.

**SO STIPULATED.**

Dated: 5\31\11

_____/s/_____
William H. Du Bois
Attorney for Defendant,
SOMPOL CHALOEICHEEP

Dated:

_____/s/_____
Stephen Corrigan
Assistant United States Attorney

**SO ORDERED.**

Date: June 3, 2011

HONORABLE LAUREL BEELER,
United States District Judge